# EXHIBIT 2

| **Notice of Allowability** | Application No. | Applicant(s) |
|---|---|---|
|  | 10/787,607 | BUTERA ET AL. |
|  | Examiner | Art Unit |
|  | OLUSEYE IWARERE | 3687 |

*-- The MAILING DATE of this communication appears on the cover sheet with the correspondence address--*

All claims being allowable, PROSECUTION ON THE MERITS IS (OR REMAINS) CLOSED in this application. If not included herewith (or previously mailed), a Notice of Allowance (PTOL-85) or other appropriate communication will be mailed in due course. **THIS NOTICE OF ALLOWABILITY IS NOT A GRANT OF PATENT RIGHTS.** This application is subject to withdrawal from issue at the initiative of the Office or upon petition by the applicant. See 37 CFR 1.313 and MPEP 1308.

1. ☒ This communication is responsive to *remarks and claims sent on 10/26/2011*.

2. ☐ An election was made by the applicant in response to a restriction requirement set forth during the interview on _____; the restriction requirement and election have been incorporated into this action.

3. ☒ The allowed claim(s) is/are *1-40*.

4. ☐ Acknowledgment is made of a claim for foreign priority under 35 U.S.C. § 119(a)-(d) or (f).
   a) ☐ All   b) ☐ Some*   c) ☐ None   of the:
   1. ☐ Certified copies of the priority documents have been received.
   2. ☐ Certified copies of the priority documents have been received in Application No. _____.
   3. ☐ Copies of the certified copies of the priority documents have been received in this national stage application from the International Bureau (PCT Rule 17.2(a)).

   * Certified copies not received: _____.

Applicant has THREE MONTHS FROM THE "MAILING DATE" of this communication to file a reply complying with the requirements noted below. Failure to timely comply will result in ABANDONMENT of this application.
**THIS THREE-MONTH PERIOD IS NOT EXTENDABLE.**

5. ☐ A SUBSTITUTE OATH OR DECLARATION must be submitted. Note the attached EXAMINER'S AMENDMENT or NOTICE OF INFORMAL PATENT APPLICATION (PTO-152) which gives reason(s) why the oath or declaration is deficient.

6. ☐ CORRECTED DRAWINGS ( as "replacement sheets") must be submitted.
   (a) ☐ including changes required by the Notice of Draftsperson's Patent Drawing Review ( PTO-948) attached
       1) ☐ hereto or 2) ☐ to Paper No./Mail Date _____.
   (b) ☐ including changes required by the attached Examiner's Amendment / Comment or in the Office action of Paper No./Mail Date _____.
   Identifying indicia such as the application number (see 37 CFR 1.84(c)) should be written on the drawings in the front (not the back) of each sheet. Replacement sheet(s) should be labeled as such in the header according to 37 CFR 1.121(d).

7. ☐ DEPOSIT OF and/or INFORMATION about the deposit of BIOLOGICAL MATERIAL must be submitted. Note the attached Examiner's comment regarding REQUIREMENT FOR THE DEPOSIT OF BIOLOGICAL MATERIAL.

**Attachment(s)**
1. ☒ Notice of References Cited (PTO-892)
2. ☐ Notice of Draftperson's Patent Drawing Review (PTO-948)
3. ☐ Information Disclosure Statements (PTO/SB/08), Paper No./Mail Date _____
4. ☐ Examiner's Comment Regarding Requirement for Deposit of Biological Material
5. ☐ Notice of Informal Patent Application
6. ☐ Interview Summary (PTO-413), Paper No./Mail Date _____.
7. ☐ Examiner's Amendment/Comment
8. ☒ Examiner's Statement of Reasons for Allowance
9. ☐ Other _____.

/OLUSEYE IWARERE/
Examiner, Art Unit 3687

Application/Control Number: 10/787,607                                              Page 2
Art Unit: 3687

## *Allowable Subject Matter*

*1.*   Claims 1 – 40 are allowed.

## *REASONS FOR ALLOWANCE*

2.   The following is an examiner's statement of reasons for allowance:

The most remarkable prior art of record are Goykhman (US Patent Publication No. 2002/0174134), Collado (U.S. Patent Publication No. 2002/0069145) Eisenburg (US Patent Publication No. 2003/0069815) and Katz (U.S. Patent No. 5,963,912)

Goykhman is not directed to using a computer to automatically track an individual's task-by-task timekeeping associated with a personal code. Goykhman does not disclose an individual timekeeper entry box which includes a personal code and contemporaneously tracks time associated with the personal code that a document, service or telephone call is in use or in session. Instead, Goykhman is directed to monitoring time by selected activity, not by individual.

Collado simply discloses a "user interface" for entry of information in a timecard and a "calendar system" enabling a user to enter "appointment data specifying the data and start/end time for each appointment entry, as well as descriptive information regarding the appointment." This teaches away from the invention because the entry in the invention is done automatically by the system.

None of the prior art of record remedies the deficiencies found in Goykhman, Collado, Eisenburg or Katz. Furthermore, neither the prior art, the nature of the

Application/Control Number: 10/787,607  Page 3
Art Unit: 3687

problem, nor knowledge of a person having ordinary skill in the art, provide any reasonable rationale to combine prior art teachings.

Any comments considered necessary by applicant must be submitted no later than the payment of the issue fee and, to avoid processing delays, should preferably accompany the issue fee. Such submissions should be clearly labeled "Comments on Statement of Reasons for Allowance."

### Conclusion

3.  The prior art made of record and not relied upon is considered pertinent to applicant's disclosure. "ACCU-SORT SHOWS NEW SHOP FLOOR DATA COLLECTION SYSTEM THAT COMBINES FLEXIBILITY, SIMPLICITY, AND ECONOMY." Accu-Sort System, Inc. Journal, Nov. 1, 1988.

4.  Any inquiry concerning this communication or earlier communications from the examiner should be directed to OLUSEYE IWARERE whose telephone number is (571)270-5112. The examiner can normally be reached on M-Th.

If attempts to reach the examiner by telephone are unsuccessful, the examiner's supervisor, Matthew S. Gart can be reached on (571)272-3955. The fax phone number for the organization where this application or proceeding is assigned is 571-273-8300.

Application/Control Number: 10/787,607   Page 4
Art Unit: 3687

Information regarding the status of an application may be obtained from the Patent Application Information Retrieval (PAIR) system. Status information for published applications may be obtained from either Private PAIR or Public PAIR. Status information for unpublished applications is available through Private PAIR only. For more information about the PAIR system, see http://pair-direct.uspto.gov. Should you have questions on access to the Private PAIR system, contact the Electronic Business Center (EBC) at 866-217-9197 (toll-free). If you would like assistance from a USPTO Customer Service Representative or access to the automated information system, call 800-786-9199 (IN USA OR CANADA) or 571-272-1000.

/OLUSEYE IWARERE/
Examiner, Art Unit 3687