# EXHIBIT 3

Juris®



# Juris Suite

## A revolutionary add-on solution to capitalize on your Juris data

LexisNexis® Juris® Suite is designed to help firms conduct business beyond the day-to-day transactions and monthly billing. It is a practice management tool that helps law firm leadership manage the business of law and maximize profitability by both ensuring that billed time is captured completely and accurately, and by using transactional data tracked in Juris to encourage better business decision-making. It was built in collaboration with attorneys and with one clear objective—to increase productivity and per-partner income.

JURIS.COM

Boost your firm's timekeeping and financial productivity with these Juris Suite modules:

## Time and Expenses

While Time and Expenses was built for the legal professional, its benefits do not leave the accounting and administrative side of the law firm without powerful features that will shorten the billing cycle, speed up cash flow, and increase realization. Time and Expenses provides timekeepers and staff with a time management platform for keeping detailed time records, enforcing time entry compliance, and monitoring productivity. Time and Expenses also includes Inquiry. Client/Matter and Conflict Inquiries are key parts of Juris Core. If they are enabled in Juris Core, they will also appear in Juris Suite, bringing this interface to the business users so attorneys can perform their own inquiries when engaging clients.


*An example time entry*


*Juris Suite Client/Matter Inquiry*


*Conflict Inquiry Results*



## Reporting

Juris Suite Reporting gives firm leaders a real-time view of timekeeper productivity, client/matter status, and other financial indicators at the click of a button, enabling them to make informed business decisions.


*Searchable List of Reports*


## Budgeting

Track budgets on the ledger, matter, or timekeeper level. This module allows you to create or import budgets so you can make projections, judge profitability, control costs, and monitor timekeeper productivity. Budgeting provides law firms with industry-leading tools needed to move beyond spreadsheets, automate their budgeting and reporting processes, and manage the business side of their practice.

*Juris Suite Reporting is a prerequisite of purchase.


*Juris Suite Timekeeper Budget*


## Business Intelligence

Monitor cash flow, workload, and productivity on a customizable dashboard with alerts, key performance indicators, charts, and more. Help increase partner income with real-time relevant information tailored for each individual at the firm and delivered how and when they need it to make decisions.

*Juris Suite Reporting is a prerequisite of purchase.


*The default Business Intelligence dashboard*


## Collections

Collections help law firms isolate, analyze, and manage delinquent accounts efficiently to speed up client payments while reducing the overall time spent on collections activities. This module allows for the ability to keep detailed notes of collection activity in the database for reporting needs.

*Juris Suite Reporting is a prerequisite of purchase.


*Example aged account*

**For more information,**
**contact us at 866-448-5871.**

 Juris.com

 JPS@lexisnexis.com



LexisNexis and the Knowledge Burst logo are registered tradmarks of Reed Elsevier Properties Inc., used under license.
Juris is a registered trademark of LexisNexis, a division of Reed Elsevier Inc. Other products or services may be trademarks
or registered trademarks of their respective companies. © 2019 LexisNexis. All rights reserved.