UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

REALTIME TRACKER, INC.,

                                     Plaintiff,

          -v-

RELX, INC.,

                                   Defendant.

21 Civ. 8815 (PAE)

ORDER

---

PAUL A. ENGELMAYER, District Judge:

      On May 9, 2022, defendant filed a motion to dismiss the complaint under Rule 12 of the Federal Rules of Civil Procedure. Under Rule 15(a)(1)(B), a plaintiff has 21 days after the service of a motion under Rule 12(b) to amend the complaint once as a matter of course.

      Accordingly, it is hereby ORDERED that plaintiff shall file any amended complaint by May 30, 2022. No further opportunities to amend will ordinarily be granted. If plaintiff does amend, by June 20, 2022, defendant shall: (1) file an answer; (2) file a new motion to dismiss; or (3) submit a letter to the Court, copying plaintiff, stating that they rely on the previously filed motion to dismiss.[1]

      It is further ORDERED that if no amended complaint is filed, plaintiff shall serve any opposition to the motion to dismiss by May 30, 2022. Defendant's reply, if any, shall be served by June 13, 2022.

      The Court will determine later, after receipt of plaintiff's anticipated brief opposing a motion to dismiss the current or amended complaint, whether to schedule oral argument.

---

[1] If defendant files a new motion to dismiss or relies on their previous motion, plaintiff's opposition will be due 14 days thereafter, and defendant's reply, if any, will be due seven days after that.

SO ORDERED.

*Paul A. Engelmayer*
PAUL A. ENGELMAYER
United States District Judge

Dated: May 10, 2022
New York, New York