**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
REALTIME TRACKER, INC.,

                Plaintiff,

  -against-                                  21 **CIVIL** 8815 (PAE)

**JUDGMENT**

RELX INC., doing business as Lexis Nexis,

                Defendant.
-----------------------------------------------------------X

    It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion & Order dated March 7, 2023, the Court finds that the claims at issue are drawn to patent-ineligible subject matter and invalid under § 101. The Court has granted RELX's motion to dismiss the Amended Complaint. This ruling, by its nature, turns on an inherent deficiency in the Patent itself. It is not remediable by a differently drafted Second Amended Complaint. The Court's dismissal is therefore with prejudice. In light of this ruling, the Court does not have occasion to resolve the parties' arguments as to whether Juris Suite infringes the Patent, if valid. See, e.g., RDPA, LLC v. Geopath, Inc., 543 F. Supp. 3d 4, 25 (S.D.N.Y. 2021); accordingly, the case is closed.

**Dated:** New York, New York

      March 7, 2023

                                                              **RUBY J. KRAJICK**

                                                                 **Clerk of Court**

                                          **BY:**  *K. Mango*

                                                                  **Deputy Clerk**